NELLIE L. DEXTER, Appellant, *v.* EDWARD DEXTER, Respondent.

(Argued January 27, 1892; decided February 12, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made at the February term, 1889, which affirmed a judgment in favor of defendant entered upon an order dismissing the complaint on trial at Circuit.

*Alex. Thain* for appellant.

*Jacob F. Miller* for respondent.

Agree to affirm ; no opinion.
All concur, except BRADLEY, J., not voting.
Judgment affirmed.